1  THOMAS P. O'BRIEN                                          **MADE JS-6**
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  MICHELE C. MARCHAND
   Assistant United States Attorney
6  California Bar No. 93390
        U.S. Courthouse, 14th Floor
7       312 North Spring Street
        Los Angeles, CA 90012
8       Telephone: (213)894-2727
        Facsimile: (213)894-7177
9       E-mail: Michele.Marchand@usdoj.gov

10 Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-7137-GW (VBKx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $174,400.00 in U.S. Currency, $40,667.89 in U.S. Currency, $28,206.55 in U.S. Currency, $27,923.91 in U.S. Currency, $11,185.80 in U.S. Currency, $15,818.00 in U.S. Currency, and $3,984.00 in U.S. Currency, | |
| Defendants. | |
| DAVID TOUHEY and CHERISE TOUHEY, | |
| Claimants. | |

This action was filed on October 31, 2007. Notice was given and published in accordance with law. David Touhey and Cherise

Touhey ("claimants") filed timely claims and answers.  No other claims or answers haven been filed, and the time for filing claims and answers has expired.  Plaintiff United States of America ("plaintiff" or the "government") and claimants have reached an agreement that is dispostive of the action.  Plaintiff and claimants hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to defendant $174,400.00 in U.S. currency, defendant $28,206.55 in U.S. currency, defendant $27,923.91 in U.S. currency, defendant $15,818.00 in U.S. currency, and defendant $3,984.00 in U.S. currency (collectively the "defendant currency"), other than claimants are deemed to have admitted the allegations of the Complaint.[1]  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to defendant $28,206.55 in U.S. currency, defendant $27,923.91 in U.S. currency, defendant $15,818.00 in U.S. currency, defendant $3,984.00 in U.S. currency and $124,400.00 of the defendant $174,400.00 in U.S. currency and all earned interest on said

---

[1] The defendant $40,667.89 in U.S. currency and defendant $11,185.80 in U.S. currency were released to Cherise Touhey pursuant to the terms of a prior partial settlement agreement.

1 monies.  No other person or entity shall have any right, title or
2 interest in the forfeited currency.  The United States Marshals
3 Service is ordered to dispose of said assets in accordance with
4 law.

5  4. The remaining $50,000.00 of the defendant, $174,400.00
6 in U.S. currency, with interest actually earned on the said
7 $50,000.00, shall be returned to claimants in care of their
8 attorney, Paul L. Gabbert.  Said funds shall be paid by check
9 made payable to "Paul L. Gabbert, Attorney-Client Trust Account,"
10 within 30 days of the entry of this Consent Judgment and shall be
11 mailed to Paul L. Gabbert, Esq., 2115 Main St., Santa Monica,
12 California, 90405.

13  5. Claimants hereby release the United States of America,
14 its agencies, agents, and officers, including employees and
15 agents of the United States Drug Enforcement Administration, from
16 any and all claims, actions or liabilities arising out of or
17 related to this action, including, without limitations, any
18 claims for attorney's fees, costs or interest which may be
19 asserted on behalf of the claimants, whether pursuant to 28
20 U.S.C. § 2465 or otherwise.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: August 4, 2008

_____
THE HONORABLE GEORGE H. WU
UNITED SATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: July ___ , 2008              THOMAS P. O'BRIEN
                                    United States Attorney
                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                    _____
                                    MICHELE C. MARCHAND
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    United States of America

DATED: July __ _, 2008              LAW OFFICES OF PAUL L. GABBERT


                                    _____
                                    PAUL L. GABBERT

                                    Attorneys for Claimants
                                    David Touhey and Cherise Touhey

4